```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  JACKSONVILLE DIVISION
```

ICE HOUSE AMERICA, LLC, a Florida
limited liability corporation,

               Plaintiff,

v.                              Case No. 3:05-cv-1294-J-33TEM

INNOVATIVE PACKAGING TECHNOLOGIES,
INC., a Georgia corporation; RICHARD
J. SODERMAN, an individual; M.
RUTLEDGE, INC., a Georgia
corporation d/b/a REDICO; MARK
RUTLEDGE, an individual; and JEFFREY
POORE, an individual,

               Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the Stipulation of Dismissal Without Prejudice (Doc. # 73) filed by Ice House and the Rutledge defendants on July 25, 2007. These parties stipulate to dismissal of the Rutledge defendants without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure. Under that rule, the parties can by stipulation dismiss all claims against a particular defendant, even though the case would remain pending against other defendants. See Oswalt v. Scripto, Inc., 616 F.2d 191, 194-95 (5th Cir. 1980) (concluding that stipulation between plaintiff and one defendant was effective to dismiss that defendant, though it left the case pending against another defendant); see also, Klay v. United Healthgroup, Inc., 376 F.3d

1

1092, 1106 (11th Cir. 2004) ("Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant . . . ."). Consequently, the dismissal of this action against the Rutledge defendants does not affect or prejudice the claims of Ice House against the remaining defendants in this action.

The parties also request that the Court retain jurisdiction over the Rutledge defendants for the purposes of enabling the parties to apply to the Court for further orders and ensuring compliance with the parties' settlement agreement, which they have not filed. The Court grants this request.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

1. The claims of Plaintiff, Ice House America, LLC, against Defendants M. Rutledge, Inc., and Mark Rutledge are hereby **DISMISSED** without prejudice, with each of those parties to bear that party's own costs and fees incurred herein on the dismissed claims.

2. This Order of Dismissal is without prejudice to the remaining claims of Plaintiff against the remaining defendants.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 27th day of July 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All counsel of record

2